**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

In re: SUNSET PARTNERS, INC.              §        Case No. 17-12178-FJB
                                          §
                                          §
                                          §
        Debtor(s)

---

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

        LYNNE F. RILEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

        1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

        2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $758,517.00 *(without deducting any secured claims)* | Assets Exempt:  N/A |
| Total Distributions to Claimants:  $805,488.96 | Claims Discharged Without Payment:  N/A |
| Total Expenses of Administration:  $480,889.52 | |

        3) Total gross receipts of $1,296,556.11 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $10,177.63 (see **Exhibit 2**), yielded net receipts of $1,286,378.48 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $4,857,700.00 | $3,455,480.47 | $805,488.96 | $805,488.96 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $170,063.40 | $156,663.40 | $156,663.40 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $750,377.71 | $469,109.68 | $324,226.12 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $1,139,301.58 | $1,138,495.32 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $817,062.11 | $1,021,012.07 | $1,026,928.81 | $0.00 |
| **TOTAL DISBURSEMENTS** | $5,674,762.11 | $6,536,235.23 | $3,596,686.17 | $1,286,378.48 |

4) This case was originally filed under chapter 11 on 06/07/2017, and it was converted to chapter 7 on 10/18/2018.  The case was pending for 29 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:      04/08/2021 

By: /s/ Lynne F Riley

Trustee , Bar No.: 561965

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking, savings or other financial accounts | 1129-000 | $748.49 |
| Liquor licenses | 1129-000 | $120,000.00 |
| ACCOUNTS RECEIVABLE-Post Petition | 1221-000 | $636.34 |
| Refunds from miscellaneous policies | 1229-000 | $12,758.50 |
| Ch.11 Bond payment refund | 1290-000 | $500.00 |
| Funds turned over upon conversion | 1290-010 | $1,161,912.78 |
| **TOTAL GROSS RECEIPTS** | | **$1,296,556.11** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Eric Wallace | Replacement check for un-cashed paycheck dated 8/31/2017 | 8500-002 | $134.56 |
| Emma Zampino | Replacement check for un-cashed paycheck dated 8/31/2017 | 8500-002 | $103.62 |
| Kellie Neary | Replacement check for un-cashed paycheck dated 9/4/2017 | 8500-002 | $107.50 |
| Ashley Creighton | Replacement check for un-cashed paycheck dated 7/23/18 | 8500-002 | $24.99 |
| Ava Gruzen | Replacement check for un-cashed paycheck dated 9/4/2017 | 8500-002 | $107.49 |
| Danielle Burke | Replacement check for un-cashed paycheck dated 9/18/2017 | 8500-002 | $844.77 |
| Kelsey Lloyd | Replacement check for un-cashed paycheck dated 8/31/2017 | 8500-002 | $106.06 |
| Nicholas Pankewytch | Replacement check for un-cashed paycheck dated 9/18/2017 | 8500-002 | $263.85 |
| USBC MAB | Unclaimed funds from un-cashed paychecks during ch.11 | 8500-002 | $8,271.24 |
| Suzanna Levey | Replacement check for un-cashed paycheck dated 8/31/2017 | 8500-002 | $138.97 |
| Sophia Roldan | Replacement check for un-cashed paycheck dated 8/31/2017 | 8500-002 | $74.58 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$10,177.63** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Town of Brookline | 4220-000 | NA | $14,455.96 | $14,455.96 | $14,455.96 |
| 1-4S | Massachusetts Department of Revenue Bankruptcy Unit | 4800-000 | NA | $392,569.17 | $296,625.00 | $296,625.00 |
| 7 | Harold Brown | 4210-000 | NA | $2,741,322.56 | $494,408.00 | $494,408.00 |
| 10-2S | Sysco Boston LLC | 4210-000 | NA | $133,038.07 | $0.00 | $0.00 |
| 13 | American Express Bank, FSB | 4210-000 | NA | $96,978.65 | $0.00 | $0.00 |
| 23 | Itria Ventures LLC | 4210-000 | NA | $77,116.06 | $0.00 | $0.00 |
| 30 | IPFS Corporation | 4220-000 | NA | $0.00 | $0.00 | $0.00 |
| N/F | American Express Bank, FSB | 4110-000 | $125,000.00 | NA | NA | NA |
| N/F | Harold Brown | 4110-000 | $4,200,000.00 | NA | NA | NA |
| N/F | Lenox-Martell | 4110-000 | $7,700.00 | NA | NA | NA |
| N/F | Massachusetts Department of Revenue | 4110-000 | $500,000.00 | NA | NA | NA |
| N/F | US Foods, Inc. | 4110-000 | $25,000.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$4,857,700.00** | **$3,455,480.47** | **$805,488.96** | **$805,488.96** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Lynne F. Riley | 2100-000 | NA | $61,088.01 | $61,088.01 | $61,088.01 |
| Attorney for Trustee Fees - Casner & Edwards, LLP | 3110-000 | NA | $27,160.67 | $27,160.67 | $27,160.67 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $22.00 | $22.00 | $22.00 |
| Fees, United States Trustee | 2950-000 | NA | $9,750.00 | $9,750.00 | $9,750.00 |
| Bond Payments - BOND | 2300-000 | NA | $918.36 | $918.36 | $918.36 |
| Banking and Technology Service Fee - Metropolitan Commercial Bank | 2600-000 | NA | $12,144.66 | $12,144.66 | $12,144.66 |
| Other State or Local Taxes (post-petition) - Commonwealth of Massachusetts | 2820-000 | NA | $585.00 | $585.00 | $585.00 |
| Other State or Local Taxes (post-petition) - Verdolino & Lowey, P.C. | 2820-000 | NA | $6,483.15 | $6,483.15 | $6,483.15 |
| Other State or Local Taxes (post-petition) - Verdolino & Lowey, P.C. | 2820-002 | NA | $25,111.55 | $25,111.55 | $25,111.55 |
| Accountant for Trustee Fees (Other Firm) - Verdolino & Lowey, P.C. | 3410-000 | NA | $26,800.00 | $13,400.00 | $13,400.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$170,063.40** | **$156,663.40** | **$156,663.40** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Personal Property Broker Fees (Chapter 11) - The Boston Restaurant Group, Inc. | 6700-500 | NA | $66,000.00 | $66,000.00 | $66,000.00 |
| Prior Chapter Trade Debt - Martignetti Grocery Co., Inc. | 6910-000 | NA | $1,398.18 | $1,398.18 | $279.64 |
| Prior Chapter Trade Debt - Horizon Beverage Company, Inc. | 6910-000 | NA | $2,989.68 | $2,989.68 | $597.94 |
| Prior Chapter Trade Debt - Reinhart FoodService, L.L.C. c/o Kohner, Mann & Kailas, S.C. | 6910-000 | NA | $13,668.03 | $6,684.37 | $1,336.87 |
| Taxes on Administrative Post-Petition Wages (employer payroll taxes) - Internal Revenue Service | 6950-730 | NA | $51,087.84 | $51,087.84 | $10,217.57 |
| Prior Chapter Other State or Local Taxes - Massachusetts Department of Revenue Bankruptcy Unit | 6820-000 | NA | $10,882.71 | $10,882.71 | $2,176.54 |
| Prior Chapter Trade Debt - US Foods, Inc. | 6910-000 | NA | $27,586.67 | $27,586.67 | $5,517.33 |
| Prior Chapter Attorney for Trustee Fees (Trustee Firm) - Casner & Edwards, LLP | 6110-000 | NA | $85,694.50 | $75,000.00 | $75,000.00 |
| Administrative Post-Petition Wages (includes tax and other withholdings) - John Shalpak | 6950-720 | NA | $7,211.53 | $7,211.53 | $7,211.53 |
| Prior Chapter Trustee Compensation - Lynne F. Riley, Ch.11 Trustee | 6101-000 | NA | $80,268.70 | $80,268.70 | $80,268.70 |
| Prior Chapter Trustee Expenses - Lynne F. Riley, Ch.11 Trustee | 6102-000 | NA | $1,022.46 | $0.00 | $0.00 |
| Administrative Rent (post-petition storage fees, leases) - MABB LLC | 6920-000 | NA | $29,600.00 | $29,600.00 | $5,920.00 |
| Attorney for D-I-P Expenses - Madoff & Khoury LLP | 6220-170 | NA | $768.91 | $0.00 | $0.00 |
| Attorney for D-I-P Fees - Madoff & Khoury LLP | 6210-160 | NA | $25,655.00 | $15,700.00 | $0.00 |
| Personal Property Broker Fees (Chapter 11) - The Boston Restaurant Group Inc. | 6700-500 | NA | $7,200.00 | $7,200.00 | $7,200.00 |
| Prior Chapter Accountant for Trustee/DIP Fees (Other Firm) - Verdolino & Lowey, P.C. | 6410-000 | NA | $339,343.50 | $87,500.00 | $62,500.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$0.00** | **$750,377.71** | **$469,109.68** | **$324,226.12** |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1-4P | Massachusetts Department of Revenue Bankruptcy Unit | 5800-000 | NA | $324,627.27 | $324,627.27 | $0.00 |
| 6 | Commonwealth of Massachusetts Department of Unemployment Assistance Charles F. Hurley Building | 5800-000 | NA | $115,542.35 | $115,542.35 | $0.00 |
| 9-2P | Internal Revenue Service | 5800-000 | NA | $697,774.66 | $697,774.66 | $0.00 |
| 14 | CITY OF BOSTON TREASURY DEPARTMENT BANKRUPTCY COORDINATOR | 5800-000 | NA | $551.04 | $551.04 | $0.00 |
| 16 | CITY OF BOSTON TREASURY DEPARTMENT BANKRUPTCY COORDINATOR | 5800-000 | NA | $806.26 | $0.00 | $0.00 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$1,139,301.58** | **$1,138,495.32** | **$0.00** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1-4U | Massachusetts Department of Revenue Bankruptcy Unit | 7100-000 | NA | $503.69 | $503.69 | $0.00 |
| 1-4sub | Massachusetts Department of Revenue Bankruptcy Unit | 7300-000 | NA | $77,882.51 | $77,882.51 | $0.00 |
| 2 | Trimark United East | 7100-000 | NA | $53,270.94 | $53,270.94 | $0.00 |
| 3U | Martignetti Grocery Co., Inc. | 7100-000 | NA | $6,984.96 | $6,984.96 | $0.00 |
| 4U | Horizon Beverage Company, Inc. | 7100-000 | NA | $20,613.29 | $20,613.29 | $0.00 |
| 5 | Preferred Services | 7100-000 | NA | $13,751.75 | $13,751.75 | $0.00 |
| 8 | MABB LLC | 7100-000 | NA | $12,149.81 | $12,149.81 | $0.00 |
| 9-2SUB | Internal Revenue Service | 7300-000 | NA | $257,368.80 | $257,368.80 | $0.00 |
| 11 | National Grid | 7100-000 | NA | $15,928.51 | $15,928.51 | $0.00 |
| 12U | Reinhart FoodService, L.L.C. c/o Kohner, Mann & Kailas, S.C. | 7100-000 | NA | $5,590.59 | $12,574.25 | $0.00 |
| 15 | CITY OF BOSTON TREASURY DEPARTMENT BANKRUPTCY COORDINATOR | 7100-000 | NA | $739.73 | $739.73 | $0.00 |
| 17 | CITY OF BOSTON TREASURY DEPARTMENT BANKRUPTCY COORDINATOR | 7100-000 | NA | $1,066.92 | $0.00 | $0.00 |
| 18 | Craft Brewers Guild | 7100-000 | NA | $14,618.53 | $14,618.53 | $0.00 |

| 19 | Craft Brewers Guild | 7100-000 | NA | $6,500.39 | $6,500.39 | $0.00 |
|---|---|---|---|---|---|---|
| 21 | Eversource Energy | 7100-000 | NA | $10,188.87 | $10,188.87 | $0.00 |
| 24 | Philip and Nora Balikian | 7100-000 | NA | $443,150.00 | $443,150.00 | $0.00 |
| 25U | US Foods, Inc. Leslie Bayles, Esq. Bryan Cave LLP | 7100-000 | NA | $52.35 | $52.35 | $0.00 |
| 26 | Craft Collective | 7100-000 | NA | $5,162.60 | $5,162.60 | $0.00 |
| 27 | Square Capital c/o RMS Bankruptcy Recovery Services | 7100-000 | NA | $7,645.94 | $7,645.94 | $0.00 |
| 28 | National Grid | 7100-000 | NA | $15,928.51 | $15,928.51 | $0.00 |
| 29 | Nstar Electric Company dba Eversource Energy | 7100-000 | NA | $4,783.81 | $4,783.81 | $0.00 |
| 31 | Illinois Union Insurance Co. c/o Chubb Global Litigation | 7100-000 | NA | $5,388.00 | $5,388.00 | $0.00 |
| 32 | Itria Ventures LLC | 7100-000 | NA | $27,319.10 | $27,319.10 | $0.00 |
| ADD-34 | John Shalpak | 7300-000 | NA | $14,422.47 | $14,422.47 | $0.00 |
| N/F | Accu Chem | 7100-000 | $3,874.74 | NA | NA | NA |
| N/F | Air Gas National Carbonation | 7100-000 | $615.81 | NA | NA | NA |
| N/F | Atlantic Importing Company | 7100-000 | $28,000.00 | NA | NA | NA |
| N/F | August A. Busch | 7100-000 | $9,000.00 | NA | NA | NA |
| N/F | BU Pleasant Ventures c/o S.I.S Property Management | 7100-000 | $182,000.00 | NA | NA | NA |
| N/F | Biz2Credit | 7100-000 | $90,000.00 | NA | NA | NA |
| N/F | Boston Water and Sewer Commission | 7100-000 | $6,500.00 | NA | NA | NA |
| N/F | Braman Pest Control | 7100-000 | $7,950.00 | NA | NA | NA |

| N/F | Brookline Ice Company | 7100-000 | $448.00 | NA | NA | NA |
| N/F | Burke Distributing Corp. | 7100-000 | $5,459.86 | NA | NA | NA |
| N/F | Buzztime Media | 7100-000 | $4,400.00 | NA | NA | NA |
| N/F | Comcast | 7100-000 | $1,300.00 | NA | NA | NA |
| N/F | Craft Brewers Guild | 7100-000 | $23,300.00 | NA | NA | NA |
| N/F | Craft Collective | 7100-000 | $7,600.00 | NA | NA | NA |
| N/F | Elie Baking Corp. | 7100-000 | $11,746.80 | NA | NA | NA |
| N/F | Eversource | 7100-000 | $22,000.00 | NA | NA | NA |
| N/F | Fenway Management | 7100-000 | $8,000.00 | NA | NA | NA |
| N/F | Glanola of North America | 7100-000 | $4,700.00 | NA | NA | NA |
| N/F | Hamilton Realty Attn: Harold Brown | 7100-000 | $36,128.00 | NA | NA | NA |
| N/F | Holden Produce | 7100-000 | $20,424.56 | NA | NA | NA |
| N/F | Horizon Beverage Company | 7100-000 | $13,888.00 | NA | NA | NA |
| N/F | LaMarca & Sons Baking Co., Inc. | 7100-000 | $8,180.00 | NA | NA | NA |
| N/F | MS Walker, Inc. | 7100-000 | $11,878.40 | NA | NA | NA |
| N/F | Massachusetts Restaurant Association | 7100-000 | $150.00 | NA | NA | NA |
| N/F | NSTAR | 7100-000 | $15,670.00 | NA | NA | NA |
| N/F | National Grid | 7100-000 | $13,848.58 | NA | NA | NA |
| N/F | Newburg & Company, LLP | 7100-000 | $2,400.00 | NA | NA | NA |
| N/F | Northeast Cutlery | 7100-000 | $400.00 | NA | NA | NA |
| N/F | Paychex of Massachusetts | 7100-000 | $20,000.00 | NA | NA | NA |

| N/F | Preferred Services | 7100-000 | $7,078.55 | NA | NA | NA |
|---|---|---|---|---|---|---|
| N/F | Reinhart Food Service | 7100-000 | $8,700.00 | NA | NA | NA |
| N/F | Republic Services | 7100-000 | $3,098.56 | NA | NA | NA |
| N/F | Retail Control Solutions | 7100-000 | $1,650.00 | NA | NA | NA |
| N/F | S.M. Sneider Co. | 7100-000 | $11,000.00 | NA | NA | NA |
| N/F | Sysco | 7100-000 | $50,000.00 | NA | NA | NA |
| N/F | TD Bank | 7100-000 | $90,000.00 | NA | NA | NA |
| N/F | Trimark United East | 7100-000 | $50,000.00 | NA | NA | NA |
| N/F | United Liquors, Ltd. | 7100-000 | $16,672.25 | NA | NA | NA |
| N/F | ZVI Construction Company, LLC | 7100-000 | $19,000.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$817,062.11** | **$1,021,012.07** | **$1,026,928.81** | **$0.00** |

**Form 1**

**Individual Estate Property Record and Report**

**Asset Cases**

Exhibit 8

Page: 1

Case No.: 17-12178-FJB

Case Name: SUNSET PARTNERS, INC.

For Period Ending: 04/08/2021

Trustee Name: (410130) LYNNE F. RILEY

Date Filed (f) or Converted (c): 10/18/2018 (c)

§ 341(a) Meeting Date: 11/27/2018

Claims Bar Date: 12/27/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on hand (Administered in prior chapter) | 4,000.00 | 0.00 | | 0.00 | FA |
| 2 | Checking, savings or other financial accounts | 0.00 | 0.00 | | 748.49 | FA |
| 3 | Checking, savings or other financial accounts (Administered in prior chapter) | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Accounts receivable (Administered in prior chapter) | 4,000.00 | 0.00 | | 0.00 | FA |
| 5 | Inventory  (Administered in prior chapter)<br>US Foods UCC on inventory | 50,000.00 | 0.00 | | 0.00 | FA |
| 6 | Office equipment furnishings (Administered in prior chapter) | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 7 | 2007 Ford<br>See doc 288 | 6,627.00 | 6,627.00 | OA | 0.00 | FA |
| 8 | Machinery, fixtures (Administered in prior chapter)<br>Multiple UCC on all assets | 692,890.00 | | | 0.00 | FA |
| 9 | Patents, copyrights, and other intellectual property  (Administered in prior chapter) | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Liquor licenses<br>Sunset Cantina (Brookline)-Administered in prior chapter<br>Sunset Grill and Tap (Allston) | 300,000.00 | 120,000.00 | | 120,000.00 | FA |
| 11 | Annuities (Administered in prior chapter) | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Funds turned over upon conversion (u)<br>DIP operating account; DIP payroll account | 1,161,912.78 | 1,161,912.78 | | 1,161,912.78 | FA |
| 13 | Ch.11 Bond payment refund (u) | 500.00 | 500.00 | | 500.00 | FA |
| 14 | Refunds from miscellaneous policies (u) | Unknown | 10,000.00 | | 12,758.50 | FA |
| 15 | VOID | VOID | VOID | VOID | VOID | VOID |
| 16 | ACCOUNTS RECEIVABLE-Post Petition (u) | 0.00 | Unknown | | 636.34 | FA |
| 16 | **Assets Totals (Excluding unknown values)** | **$2,220,929.78** | **$1,300,039.78** | | **$1,296,556.11** | **$0.00** |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 2

**Case No.:**  17-12178-FJB

**Case Name:**    SUNSET PARTNERS, INC.

**For Period Ending:**    04/08/2021

**Trustee Name:**    (410130) LYNNE F. RILEY

**Date Filed (f) or Converted (c):**    10/18/2018 (c)

**§ 341(a) Meeting Date:**    11/27/2018

**Claims Bar Date:**    12/27/2018

**Major Activities Affecting Case Closing:**

        2019: Case was converted to Chapter 7 in October 2018. Trustee administered sales/transfers of two liquor licenses owned by the debtor- one for restaurant premises in Brookline and one for premises in Allston.  The sale of Brookline license was approved and closed in 2018.  Trustee reached settlement with the Allston landlord including agreement to transfer the liquor license, which settlement was approved  in April 2018. There were several delays in approvals by the ABCC and local licensing authority, which is a condition to closing. Trustee has been informed that ABCC approval was finally obtained 7/31/19 and closing is scheduled for upcoming week. The Allson premises also includes a restaurant previously operated by related debtor Bema Corportation, and the license for Bema restaurant is also being assigned as part of the landlord settlement.

**Initial Projected Date Of Final Report (TFR):**  12/31/2019

**Current Projected Date Of Final Report (TFR):**    11/23/2020 (Actual)

04/08/2021
_____
Date

/s/LYNNE F. RILEY
_____
LYNNE F. RILEY

# Form 2

Exhibit 9

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 17-12178-FJB | |
| **Case Name:** | SUNSET PARTNERS, INC. | |
| **Taxpayer ID #:** | **-***6578 | |
| **For Period Ending:** | 04/08/2021 | |

| | |
|---|---|
| **Trustee Name:** | LYNNE F. RILEY (410130) |
| **Bank Name:** | Mechanics Bank |
| **Account #:** | ******9000 Escrow-Failed Sale Deposit |
| **Blanket Bond (per case limit):** | $10,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/03/17 | {12} | Casner & Edwards, LLP | Deposit for sale of Grill and Patrons from Richard Johnson and Maryann Kelly; Buyer backed out of sale (chapter 11) | 1290-010 | 50,000.00 | | 50,000.00 |
| 05/09/19 | | Transfer Debit to Metropolitan Commercial Bank acct ******2953 | Transition Debit to Metropolitan Commercial Bank acct 3910042953 | 9999-000 | | 50,000.00 | 0.00 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | **50,000.00** | **50,000.00** | **$0.00** |
| Less: Bank Transfers/CDs | 0.00 | 50,000.00 | |
| **Subtotal** | **50,000.00** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$50,000.00** | **$0.00** | |

# Form 2

Exhibit 9

## Cash Receipts And Disbursements Record

Page: 2

| | |
|---|---|
| **Case No.:** | 17-12178-FJB |
| **Case Name:** | SUNSET PARTNERS, INC. |
| **Taxpayer ID #:** | **-***6578 |
| **For Period Ending:** | 04/08/2021 |

| | |
|---|---|
| **Trustee Name:** | LYNNE F. RILEY (410130) |
| **Bank Name:** | Mechanics Bank |
| **Account #:** | ******9001 Cantina Sale |
| **Blanket Bond (per case limit):** | $10,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| 07/23/18 | {12} | Northsiders, LLC | Deposit for Sunset Cantina Sale (Ch.11) | 1290-010 | 100,000.00 | | 100,000.00 |
| 10/16/18 | {12} | NORTHSIDERS, LLC | Proceeds of sale re Sunset Cantina  (Ch.11) | 1290-010 | 1,000,000.00 | | 1,100,000.00 |
| 10/16/18 | 101 | U.S. Trustee | UST fees due for Q3-2018; Account ******2178 | 2950-000 | | 4,875.00 | 1,095,125.00 |
| 10/16/18 | 102 | Town of Brookline | Final water and sewer bill for Sunset Cantina; Account #03446 | 4220-000 | | 14,455.96 | 1,080,669.04 |
| 10/17/18 | 103 | The Boston Restaurant Group, Inc. | Broker Commission re sale of Sunset Cantina | 6700-500 | | 66,000.00 | 1,014,669.04 |
| 10/17/18 | | Verdolino & Lowey, P.C. | Funds for Sunset Cantina meals and payroll taxes | 2820-002 | | 25,111.55 | 989,557.49 |
| 11/02/18 | {2} | Lynne Riley, Trustee | Pre-petition account 1424 | 1129-000 | 748.49 | | 990,305.98 |
| 11/06/18 | {16} | Deluna Pizza Delivery | Payments for orders in Oct 2018 | 1221-000 | 636.34 | | 990,942.32 |
| 11/09/18 | | Verdolino & Lowey, P.C. | Transfer funds for final meals tax payments for Cantina | 2820-000 | | 6,483.15 | 984,459.17 |
| 12/05/18 | {13} | Golbal Surety, LLC | Refund of ch.11 bond payment due to conversion to ch.7 | 1290-000 | 500.00 | | 984,959.17 |
| 01/07/19 | {14} | National Grid | Refunds fr National Grid (Gas) | 1229-000 | 268.93 | | 985,228.10 |
| 01/18/19 | {12} | TD Bank | Balance on Ch.11 DIP operating account-4271 | 1290-010 | 461.67 | | 985,689.77 |
| 03/07/19 | {14} | National Grid | Customer refunds | 1229-000 | 1,572.31 | | 987,262.08 |
| 03/14/19 | 104 | Commonwealth of Massachusetts | 2018 Form 355-7004 for extension; TIN 46-3606578 | 2820-000 | | 41.00 | 987,221.08 |
| 03/21/19 | {14} | IPFS Corporation | Refund for policy MAW-456407 | 1229-000 | 6,515.40 | | 993,736.48 |
| 05/09/19 | | Transfer Debit to Metropolitan Commercial Bank acct ******2961 | Transition Debit to Metropolitan Commercial Bank acct 3910042961 | 9999-000 | | 993,736.48 | 0.00 |

|  | | | |
|---|---|---|---|
| **COLUMN TOTALS** | 1,110,703.14 | 1,110,703.14 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 993,736.48 | |
| **Subtotal** | 1,110,703.14 | 116,966.66 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$1,110,703.14** | **$116,966.66** | |

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 3

| | | |
|---|---|---|
| Case No.: | 17-12178-FJB | |
| Case Name: | SUNSET PARTNERS, INC. | |
| Taxpayer ID #: | **-***6578 | |
| For Period Ending: | 04/08/2021 | |

| | |
|---|---|
| Trustee Name: | LYNNE F. RILEY (410130) |
| Bank Name: | Mechanics Bank |
| Account #: | ******9002 Escrow-Payroll |
| Blanket Bond (per case limit): | $10,000,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/28/19 | {12} | TD Bank | Balance on Ch.11 Payroll account | 1290-010 | 11,451.11 | | 11,451.11 |
| 05/09/19 | | Transfer Debit to Metropolitan Commercial Bank acct ******2988 | Transition Debit to Metropolitan Commercial Bank acct 3910042988 | 9999-000 | | 11,451.11 | 0.00 |

| | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 11,451.11 | 11,451.11 | $0.00 |
| Less: Bank Transfers/CDs | | 0.00 | 11,451.11 | |
| Subtotal | | 11,451.11 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $11,451.11 | $0.00 | |

# Form 2

Exhibit 9

Page: 4

## Cash Receipts And Disbursements Record

| Case No.: | 17-12178-FJB | Trustee Name: | LYNNE F. RILEY (410130) |
|---|---|---|---|
| Case Name: | SUNSET PARTNERS, INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***6578 | Account #: | ******2953 Escrow-Failed Sale Deposit |
| For Period Ending: | 04/08/2021 | Blanket Bond (per case limit): | $10,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/09/19 | | Transfer Credit from Rabobank, N.A. acct ******9000 | Transition Credit from Rabobank, N.A. acct 5020359000 | 9999-000 | 50,000.00 | | 50,000.00 |
| 12/29/20 | | To Account #******2961 | Transfer for final distribution | 9999-000 | | 50,000.00 | 0.00 |
| | | COLUMN TOTALS | | | 50,000.00 | 50,000.00 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 50,000.00 | 50,000.00 | |
| | | Subtotal | | | 0.00 | 0.00 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $0.00 | $0.00 | |

# Form 2

Exhibit 9

## Cash Receipts And Disbursements Record

Page: 5

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No.: | 17-12178-FJB | | Trustee Name: | | LYNNE F. RILEY (410130) | |
| Case Name: | SUNSET PARTNERS, INC. | | Bank Name: | | Metropolitan Commercial Bank | |
| Taxpayer ID #: | **-***6578 | | Account #: | | ******2961 Checking Account | |
| For Period Ending: | 04/08/2021 | | Blanket Bond (per case limit): | | $10,000,000.00 | |
| | | | Separate Bond (if applicable): | | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/09/19 | | Transfer Credit from Rabobank, N.A. acct ******9001 | Transition Credit from Rabobank, N.A. acct 5020359001 | 9999-000 | 993,736.48 | | 993,736.48 |
| 07/22/19 | {14} | The Hilb Group of New England, LLc | Premium return on Sunset Cantina Liquor Liability Policy LQRMAF 111557284 | 1229-000 | 31.78 | | 993,768.26 |
| 07/22/19 | {14} | The Hilb Group of New England, LLc | Premium return for Sunset Grill Liquor Liability Policy LQRMAF 111536894 | 1229-000 | 4,370.08 | | 998,138.34 |
| 08/13/19 | 1000 | International Sureties, Ltd. | Payment for Bond #016027600 for term 8/1/19-8/1/2020 | 2300-000 | | 381.62 | 997,756.72 |
| 08/15/19 | | United States Bankruptcy Court | Fees for certified copies of sale order (ACH) | 2700-000 | | 22.00 | 997,734.72 |
| 11/05/19 | {10} | HAROLD BROWN ENTERPRISE | Sale of Boston Liquor License | 1129-000 | 120,000.00 | | 1,117,734.72 |
| 03/31/20 | | To Account #******2961 | Transfer excessive payroll funds to main checking account | 9999-000 | 1,273.48 | | 1,119,008.20 |
| 03/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 938.65 | 1,118,069.55 |
| 04/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,866.99 | 1,116,202.56 |
| 05/29/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,801.87 | 1,114,400.69 |
| 06/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,985.20 | 1,112,415.49 |
| 07/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,919.88 | 1,110,495.61 |
| 08/11/20 | 1001 | International Sureties, Ltd. | Premium Due for Ch.7 Blanket Bond # 016227841; Term 8/1/20-8/1/21 | 2300-000 | | 536.74 | 1,109,958.87 |
| 08/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,792.74 | 1,108,166.13 |
| 09/08/20 | 1002 | Massachusetts Department of Revenue | Satisfaction of allowed MDOR Sunset claim per settlement Doc 340 | 4800-000 | | 296,625.00 | 811,541.13 |
| 09/08/20 | 1003 | Harold Brown | Satisfaction of allowed claim per settlement doc 340 | 4210-000 | | 494,408.00 | 317,133.13 |
| 09/08/20 | 1004 | U.S. Trustee | UST quarterly fees per POC #33 | 2950-000 | | 4,875.00 | 312,258.13 |
| 09/08/20 | 1005 | The Boston Restaurant Group Inc. | Broker commission on liquor license sales; per settlement doc 346 | 6700-500 | | 7,200.00 | 305,058.13 |
| 09/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 1,839.33 | 303,218.80 |
| 10/14/20 | 1006 | Commonwealth of Massachusetts | MA Form 355S-December 31, 2019; TIN 46-3606578 | 2820-000 | | 544.00 | 302,674.80 |
| 12/29/20 | | To Account #******2961 | Transfer for final distribution | 9999-000 | 50,000.00 | | 352,674.80 |
| 12/29/20 | 1007 | Lynne F. Riley | Combined trustee compensation & expense dividend payments. | 2100-000 | | 61,088.01 | 291,586.79 |
| 12/29/20 | 1008 | Verdolino & Lowey, P.C. | FINAL Distribution payment - Dividend paid at 100.00% of $13,400.00; Claim # ; Filed: $26,800.00 | 3410-000 | | 13,400.00 | 278,186.79 |
| 12/29/20 | 1009 | Casner & Edwards, LLP | FINAL Distribution payment - Dividend paid at 100.00% of $27,160.67; Claim # ; Filed: $27,160.67 | 3110-000 | | 27,160.67 | 251,026.12 |

Page Subtotals:   $1,169,411.82   $918,385.70

# Form 2

Exhibit 9

## Cash Receipts And Disbursements Record

Page: 6

| | | |
|---|---|---|
| **Case No.:** | 17-12178-FJB | |
| **Case Name:** | SUNSET PARTNERS, INC. | |
| **Taxpayer ID #:** | **-***6578 | |
| **For Period Ending:** | 04/08/2021 | |

| | |
|---|---|
| **Trustee Name:** | LYNNE F. RILEY (410130) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******2961 Checking Account |
| **Blanket Bond (per case limit):** | $10,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/29/20 | 1010 | Lynne F. Riley, Ch.11 Trustee | FINAL Distribution payment - Dividend paid at 100.00% of $80,268.70; Claim # AD11; Filed: $80,268.70 | 6101-000 | | 80,268.70 | 170,757.42 |
| 12/29/20 | 1011 | Casner & Edwards, LLP | FINAL Distribution payment - Dividend paid at 100.00% of $75,000.00; Claim # AD11; Filed: $85,694.50 | 6110-000 | | 75,000.00 | 95,757.42 |
| 12/29/20 | 1012 | Verdolino & Lowey, P.C. | FINAL Distribution payment - Dividend paid at 71.43% of $87,500.00; Claim # AD11; Filed: $339,343.50 | 6410-000 | | 62,500.00 | 33,257.42 |
| 12/29/20 | 1013 | John Shalpak | FINAL Distribution payment - Dividend paid at 100.00% of $7,211.53; Claim # AD11; Filed: $7,211.53 | 6950-720 | | 7,211.53 | 26,045.89 |
| 12/29/20 | 1014 | MABB LLC | FINAL Distribution payment - Dividend paid at 20.00% of $29,600.00; Claim # AD11; Filed: $29,600.00 | 6920-000 | | 5,920.00 | 20,125.89 |
| 12/29/20 | 1015 | Martignetti Grocery Co., Inc. | FINAL Distribution payment - Dividend paid at 20.00% of $1,398.18; Claim # 3P; Filed: $1,398.18 | 6910-000 | | 279.64 | 19,846.25 |
| 12/29/20 | 1016 | Horizon Beverage Company, Inc. | FINAL Distribution payment - Dividend paid at 20.00% of $2,989.68; Claim # 4P; Filed: $2,989.68 | 6910-000 | | 597.94 | 19,248.31 |
| 12/29/20 | 1017 | Reinhart FoodService, L.L.C. c/o Kohner, Mann & Kailas, S.C. | FINAL Distribution payment - Dividend paid at 20.00% of $6,684.37; Claim # 12P; Filed: $13,668.03 | 6910-000 | | 1,336.87 | 17,911.44 |
| 12/29/20 | 1018 | Internal Revenue Service | FINAL Distribution payment - Dividend paid at 20.00% of $51,087.84; Claim # 20-2; Filed: $51,087.84 | 6950-730 | | 10,217.57 | 7,693.87 |
| 12/29/20 | 1019 | Massachusetts Department of Revenue Bankruptcy Unit | FINAL Distribution payment - Dividend paid at 20.00% of $10,882.71; Claim # 22-3; Filed: $10,882.71 Stopped on 03/11/2021 | 6820-000 | | 2,176.54 | 5,517.33 |
| 12/29/20 | 1020 | US Foods, Inc. | FINAL Distribution payment - Dividend paid at 20.00% of $27,586.67; Claim # 25P; Filed: $27,586.67 Stopped on 03/11/2021 | 6910-000 | | 5,517.33 | 0.00 |
| 03/11/21 | 1019 | Massachusetts Department of Revenue Bankruptcy Unit | FINAL Distribution payment - Dividend paid at 20.00% of $10,882.71; Claim # 22-3; Filed: $10,882.71 Stopped: check issued on 12/29/2020 | 6820-000 | | -2,176.54 | 2,176.54 |
| 03/11/21 | 1020 | US Foods, Inc. | FINAL Distribution payment - Dividend paid at 20.00% of $27,586.67; Claim # 25P; Filed: $27,586.67 Stopped: check issued on 12/29/2020 | 6910-000 | | -5,517.33 | 7,693.87 |
| 03/16/21 | 1021 | Massachusetts Department of Revenue Bankruptcy Unit | FINAL Distribution payment - Dividend paid at 20.00% of $10,882.71; Claim # 22-3; Filed: $10,882.71 | 6820-000 | | 2,176.54 | 5,517.33 |

Page Subtotals:          $0.00     $245,508.79

# Form 2

Exhibit 9

Page: 7

## Cash Receipts And Disbursements Record

| Case No.: | 17-12178-FJB | Trustee Name: | LYNNE F. RILEY (410130) |
|---|---|---|---|
| Case Name: | SUNSET PARTNERS, INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***6578 | Account #: | ******2961 Checking Account |
| For Period Ending: | 04/08/2021 | Blanket Bond (per case limit): | $10,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/16/21 | 1022 | US Foods, Inc. | FINAL Distribution payment - Dividend paid at 20.00% of $27,586.67; Claim # 25P; Filed: $27,586.67 | 6910-000 | | 5,517.33 | 0.00 |
| | | COLUMN TOTALS | | | 1,169,411.82 | 1,169,411.82 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 1,045,009.96 | 0.00 | |
| | | Subtotal | | | 124,401.86 | 1,169,411.82 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $124,401.86 | $1,169,411.82 | |

# Form 2

Exhibit 9

Page: 8

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case No.: | 17-12178-FJB | |
| Case Name: | SUNSET PARTNERS, INC. | |
| Taxpayer ID #: | **-***6578 | |
| For Period Ending: | 04/08/2021 | |

| | |
|---|---|
| Trustee Name: | LYNNE F. RILEY (410130) |
| Bank Name: | Metropolitan Commercial Bank |
| Account #: | ******2988 Escrow-Payroll |
| Blanket Bond (per case limit): | $10,000,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/09/19 | | Transfer Credit from Rabobank, N.A. acct ******9002 | Transition Credit from Rabobank, N.A. acct 5020359002 | 9999-000 | 11,451.11 | | 11,451.11 |
| 12/18/19 | 1000 | Ashley Creighton | Replacement check for un-cashed paycheck dated 7/23/18 | 8500-002 | | 24.99 | 11,426.12 |
| 12/18/19 | 1001 | Danielle Burke | Replacement check for un-cashed paycheck dated 9/18/2017 | 8500-002 | | 844.77 | 10,581.35 |
| 12/18/19 | 1002 | Emma Zampino | Replacement check for un-cashed paycheck dated 8/31/2017 | 8500-002 | | 103.62 | 10,477.73 |
| 12/18/19 | 1003 | Eric Wallace | Replacement check for un-cashed paycheck dated 8/31/2017 | 8500-002 | | 134.56 | 10,343.17 |
| 12/18/19 | 1004 | Kellie Neary | Replacement check for un-cashed paycheck dated 9/4/2017 | 8500-002 | | 107.50 | 10,235.67 |
| 12/18/19 | 1005 | Kelsey Lloyd | Replacement check for un-cashed paycheck dated 8/31/2017 | 8500-002 | | 106.06 | 10,129.61 |
| 12/18/19 | 1006 | Nicholas Pankewytch | Replacement check for un-cashed paycheck dated 9/18/2017 | 8500-002 | | 263.85 | 9,865.76 |
| 12/18/19 | 1007 | Paulo Nascimento | Replacement check for un-cashed paycheck dated 3/5/2018 Stopped on 03/23/2020 | 8500-002 | | 0.53 | 9,865.23 |
| 12/18/19 | 1008 | Sophia Roldan | Replacement check for un-cashed paycheck dated 8/31/2017 | 8500-002 | | 74.58 | 9,790.65 |
| 12/18/19 | 1009 | Suzanna Levey | Replacement check for un-cashed paycheck dated 8/31/2017 | 8500-002 | | 138.97 | 9,651.68 |
| 01/02/20 | 1010 | Ava Gruzen | Replacement check for un-cashed paycheck dated 9/4/2017 | 8500-002 | | 107.49 | 9,544.19 |
| 03/23/20 | 1007 | Paulo Nascimento | Replacement check for un-cashed paycheck dated 3/5/2018 Stopped: check issued on 12/18/2019 | 8500-002 | | -0.53 | 9,544.72 |
| 03/26/20 | | USBC MAB | Unclaimed funds from un-cashed paychecks during ch.11 | 8500-002 | | 8,271.24 | 1,273.48 |
| 03/31/20 | | To Account #******2961 | Transfer excessive payroll funds to main checking account | 9999-000 | | 1,273.48 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 11,451.11 | 11,451.11 | $0.00 |
| Less: Bank Transfers/CDs | | 11,451.11 | 1,273.48 | |
| Subtotal | | 0.00 | 10,177.63 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $10,177.63 | |

# Form 2

Exhibit 9
Page: 9

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 17-12178-FJB |
| **Case Name:** | SUNSET PARTNERS, INC. |
| **Taxpayer ID #:** | **-***6578 |
| **For Period Ending:** | 04/08/2021 |

| | |
|---|---|
| **Trustee Name:** | LYNNE F. RILEY (410130) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******2988 Escrow-Payroll |
| **Blanket Bond (per case limit):** | $10,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $1,296,556.11 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $35,289.18 |
| Net Estate: | $1,261,266.93 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******9000 Escrow-Failed Sale Deposit | $50,000.00 | $0.00 | $0.00 |
| ******9001 Cantina Sale | $1,110,703.14 | $116,966.66 | $0.00 |
| ******9002 Escrow-Payroll | $11,451.11 | $0.00 | $0.00 |
| ******2953 Escrow-Failed Sale Deposit | $0.00 | $0.00 | $0.00 |
| ******2961 Checking Account | $124,401.86 | $1,169,411.82 | $0.00 |
| ******2988 Escrow-Payroll | $0.00 | $10,177.63 | $0.00 |
| | $1,296,556.11 | $1,296,556.11 | $0.00 |

| | |
|---|---|
| 04/08/2021 | /s/LYNNE F. RILEY |
| Date | LYNNE F. RILEY |

UST Form 101-7-TDR (10 /1/2010)